# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00048-CV

**In re Mark David Simmons**

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining about his access to legal research materials. *See* Tex. R. App. P. 52.8. Having reviewed relator's petition, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Filed: February 11, 2011